UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                                 Case No. 10-cr-30-01 SM

<u>William Paul Bacon</u>

<u>O R D E R</u>

The defendant William Paul Bacon, through counsel, has moved to continue the trial scheduled for March 22, 2011, for a period of sixty days, citing the need for additional time to receive and review discovery material, and to prepare for trial or other disposition. The Government assents to the proposed continuance of the trial date.

Accordingly, for the above reasons, the court will continue the trial from March 22, 2011 to May 17, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the

defendant in a speedy trial. The defendant shall file a waiver of speedy trial not later than March 21, 2011.

   Final Pretrial Conference:  May 10, 2011 at 3:00 PM

   Jury Selection:  May 22, 2011 at 9:30 AM

   SO ORDERED.

March 10, 2011      _____
           Steven J. McAuliffe
           Chief Judge

cc: Counsel of Record
   U. S. Probation
   U. S. Marshal