UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

       v.                           Case No. 10-cr-30-01 SM

<u>William Paul Bacon</u>


<u>O R D E R</u>

      The Government has moved to continue the trial scheduled for May 17, 2011, for a period of thirty days, citing the need for additional time to negotiate a pre-trial disposition of this case. The defendant assents to the proposed continuance of the trial date.

      Accordingly, for the above reasons, the court will continue the trial from May 17, 2011 to June 21, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. The defendant shall file a waiver of speedy trial not later than May 23, 2011.

    Final Pretrial Conference:    June 10, 2011 at 11:30 AM

    Jury Selection:    June 21, 2011 at 9:30 AM

    SO ORDERED.

May 14, 2011

    _____
    Steven J. McAuliffe
    Chief Judge

cc:  Counsel of Record
    U. S. Probation
    U. S. Marshal